E-FILED
Tuesday, 01 September, 2026 04:11:47 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **CURTIS SAVAGE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DAVID STEINER, Postmaster General of the United States,**<br><br>**Defendant.** | **Case No. 24-2233** |

**ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION**

On May 12, 2026, Defendant David Steiner[1] filed a Motion to Dismiss (#35) this action for Plaintiff Curtis Savage's failure to comply with court orders and failure to prosecute. Plaintiff did not respond.

On June 10, 2026, U.S. Magistrate Judge Eric I. Long filed a Report and Recommendation (#37) that recommended the court grant the pending Motion and dismiss this case for Plaintiff's disregard of the Federal Rules of Civil Procedure, failure to prosecute, and willful non-compliance with the court's orders.

On June 29, 2026, Magistrate Judge Long entered a text order (#41) granting Plaintiff 60 additional days to obtain counsel, respond to the pending Motion, and fulfill all his outstanding discovery obligations. Magistrate Judge Long warned Plaintiff that

[1] The current Postmaster General of the United States is David Steiner. The clerk is directed to make this substitution on the docket. See Fed. R. Civ. P. 25(d).

his failure to respond to the pending Motion or fulfill all his discovery obligations would result in dismissal of this case. Plaintiff's deadline for compliance was August 28, 2026. Plaintiff has filed nothing to date. See 28 U.S.C. § 636(b)(1). The court therefore accepts the recommendation of Magistrate Judge Long. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) The clerk is directed to substitute the current Postmaster General, David Steiner, as the defendant in this matter.

(2) The Report and Recommendation (#37) is accepted by the court. Defendant's Motion to Dismiss (#35) is GRANTED. Plaintiff's Complaint (#1) is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 16(f)(1), 37(b)(2)(A), and 41(b).

(3) This case is terminated.

ENTERED this 1st day of September 2026.

s/ *Colin S. Bruce*
COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE